1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    RAYMOND RODRIGUEZ,                        1:17-cv-00412-SKO (PC)

10                  Plaintiff,
                                               ORDER TRANSFERRING CASE TO THE
11        v.                                   SACRAMENTO DIVISION OF THE
                                               EASTERN DISTRICT OF CALIFORNIA
12   COUNTY OF SACRAMENTO, et al.,

13                  Defendants.

14

15        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

16   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

17   § 1915.

18        In his complaint, plaintiff alleges violations of his civil rights by the County of

19   Sacramento, as well as Sacramento County's Sheriff and Undersheriff.  The alleged violations

20   took place in Sacramento County, which is part of the Sacramento Division of the United States

21   District Court for the Eastern District of California. Therefore, the complaint should have been

22   filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

26   proceed in forma pauperis.

27        Good cause appearing, IT IS HEREBY ORDERED that:

28        1.  This action is transferred to the United States District Court for the Eastern District of

1   California sitting in Sacramento; and

2        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3   filed at:

4                              United States District Court
                               Eastern District of California
5                              501 "I" Street, Suite 4-200
                               Sacramento, CA 95814
6
        3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.
7

8   IT IS SO ORDERED.

9
    Dated:   **March 23, 2017**              /s/ *Sheila K. Oberto*
10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2